BILLY CARROLL TANNER, II
19062 DENTVILLE RD
HAZLEHURST, MS 39083

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902

CONSUMER PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 57071
IRVINE, CA 92619

CONTRA COSTA COUNTY
50 DOUGLAS DR STE 100
MARTINEZ, CA 94553

HAZELFIN
2131 E BROADWAY RD
STE 6
TEMPE, AZ 85282

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

MIDLAND CREDIT MANAGEM
PO BOX 2000
WARREN, MI 48090

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

QUANTUM3 GROUP LLC
P.O. BOX 788
KIRKLAND, WA 98083

RAWLINGS & MACINNIS
P.O. BOX 1789
MADISON, MS 39130

RIVERSIDE CO DEPT CS
ATTN: BANKRUPTCY
2041 IOWA AVENUE
RIVERSIDE, CA 92507

T-MOBILE
P.O. BOX 37380
ALBUQUERQUE, NM 87176

UPLIFT
440 N. WOLFE ROAD
SUNNYVALE, CA 94085

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US RAILROAD RETIREMENT
844 N RUSH ST
CHICAGO, IL 60611

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101