**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: Billy Carroll Tanner, II, DEBTOR** **Case No.: 26-03078-JAW**
**Chapter 13**

# MOTION TO IMPOSE AUTOMATIC STAY

COMES NOW Debtor, Billy Carroll Tanner, II, by and through his undersigned attorney, pursuant to 11 U.S.C. §362(c)(4)(B), and respectfully moves this court to impose the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 11/10/2026, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That Debtor previously filed the following bankruptcy cases:

   a. 25-03244, under Chapter 13 on 12/19/2025, dismissed on 3/23/2026.
   b. 26-01089, under Chapter 13 on 4/17/2026, dismissed on 10/15/2026.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtor further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Impose Automatic Stay was forwarded on this 11th day of November, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
BILLY CARROLL TANNER, II

CASE NO: 26-03078-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/10/2026, I did cause a copy of the following documents, described below,

Motion to Impose Stay

Declaration in Support

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BILLY CARROLL TANNER, II

CASE NO: 26-03078-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/10/2026, a copy of the following documents, described below,

Motion to Impose Stay

Declaration in Support

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-03078-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 10 8-42-1 PST 2026

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

CONSUMER PORTFOLIO
ATTN BANKRUPTCY
PO BOX 57071
IRVINE CA 92619-7071

CONTRA COSTA COUNTY
50 DOUGLAS DR STE 100
MARTINEZ CA 94553-8500

HAZELFIN
2131 E BROADWAY RD
STE 6
TEMPE AZ 85282-1737

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON MS 39205-0352

MIDLAND CREDIT MANAGEM
PO BOX 2000
WARREN MI 48090-2000

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND WA 98083-0788

RAWLINGS MACINNIS
PO BOX 1789
MADISON MS 39130-1789

RIVERSIDE CO DEPT CS
ATTN BANKRUPTCY
2041 IOWA AVENUE
RIVERSIDE CA 92507-2414

(P)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

US RAILROAD RETIREMENT
844 N RUSH ST
CHICAGO IL 60611-2092

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

VERIZON WIRELESS
POBOX 408
NEWARK NJ 07101-0408

DEBTOR

BILLY CARROLL TANNER II
19062 DENTVILLE RD
HAZLEHURST MS 39083-5003

HAROLD J BARKLEY JR
PO BOX 4476
JACKSON MS 39296-4476

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~