**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: Billy Carroll Tanner, II, DEBTOR** **Case No.: 26-03078-JAW**
**Chapter 13**

**DECLARATION IN SUPPORT OF MOTION TO IMPOSE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(4)**

The debtor, in support of the Motion to Impose the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the matters stated herein.

3. I filed this bankruptcy petition on 11/10/2026.

4. I previously filed the following bankruptcy cases:

   a. 25-03244, under Chapter 13 on 12/19/2025, dismissed on 3/23/2026.
   b. 26-01089, under Chapter 13 on 4/17/2026, dismissed on 10/15/2026.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:
   - failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows: My prior employer did not send funds to the Trustee. I'm with a new employer now and understand I must send in any payments my employer does not withhold.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/10/2026 /s/ Billy Carroll Tanner, II
Billy Carroll Tanner, II