**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Billy Carroll Tanner, II, Debtor** | **CASE NO. 26-03078-JAW**
**CHAPTER 13**

## ORDER ON MOTION TO IMPOSE AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Imposition of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. #___) filed by the Debtor(s), Miss. Bankr. L.R. 4001-1(f) (the “Local Rule”), and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. #___). The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the imposition of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED and ADJUDGED** that the Motion filed by the Debtor(s) is hereby **GRANTED** and the automatic stay is hereby **IMPOSED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(4)(B).

**### END OF ORDER ###**

Submitted by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer A. Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com