United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-03078-JAW
Billy Carroll Tanner, II Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: hn006jaw Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Billy Carroll Tanner, II, 19062 Dentville Rd, Hazlehurst, MS 39083-5003 |
| 5747135 | + | Contra Costa County, 50 Douglas Dr Ste 100, Martinez, CA 94553-8500 |
| 5747136 | + | Hazelfin, 2131 E Broadway Rd, Ste 6, Tempe, AZ 85282-1737 |
| 5747144 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |
| 5747149 | + | US Railroad Retirement, 844 N Rush St, Chicago, IL 60611-2092 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5747133 | | Email/Text: ebn@21stmortgage.com | Nov 10 2026 19:23:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5747134 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 10 2026 19:23:00 | Consumer Portfolio, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5747138 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2026 19:23:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5747137 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2026 19:23:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5747146 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Nov 10 2026 19:23:00 | T-Mobile, P.O. Box 37380, Albuquerque, NM 87176 |
| 5747140 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 10 2026 19:23:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5747141 | + | Email/Text: constance.morrow@mdhs.ms.gov | Nov 10 2026 19:22:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5747139 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2026 19:23:00 | Midland Credit Managem, PO Box 2000, Warren, MI 48090-2000 |
| 5747142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2026 19:35:29 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5747143 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2026 19:23:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 5747145 | ^ | MEBN | Nov 10 2026 19:19:32 | Riverside Co Dept CS, Attn: Bankruptcy, 2041 Iowa Avenue, Riverside, CA 92507-2414 |
| 5747147 | | Email/Text: bankruptcies@uplift.com | Nov 10 2026 19:22:00 | Uplift, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 5747148 | ^ | MEBN | Nov 10 2026 19:19:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5747150 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 10 2026 19:22:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Billy Carroll Tanner II trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Billy Carroll Tanner II**

**CASE NO. 26−03078−JAW**

**DEBTOR.**

**CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

The Debtor has filed a Motion to Impose Automatic Stay (the "Motion") (Dkt. #5) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on December 7, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before November 30, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

Dated: 11/10/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX