**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Billy Carroll Tanner, II, Debtor** **Case No. 26-03078-JAW**
**CHAPTER 13**

**MOTION TO EXTEND DEADLINE**
**TO FILE CHAPTER 13 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

1. That the debtor filed their Chapter 13 Petition on 11/10/2026.
2. That the schedules are due 11/24/2026.
3. That the debtor needs additional time to complete their schedules.
4. That the debtor requests until 12/5/2026 to file their schedules.

Respectfully Submitted,

By: /s/ Jennifer A Curry Calvillo

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, November 23, 2026. All interested parties will receive CM/ECF from the Court.

/s/ Jennifer A Curry Calvillo
Jennifer A Curry Calvillo