Certificate Number: 05781-MSS-DE-041717721

Bankruptcy Case Number: 26-03078

05781-MSS-DE-041717721

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2026, at 5:02 o'clock PM PST, Billy Tanner Ii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President